IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | C.A. NO. 6:19-CV-00190-ADA-JCMjk |
| | § | |
| WEST REST HAVEN, INC. | § | **JURY DEMANDED** |
| | § | |
| Defendant | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Pursuant to Federal Rule of Civil Procedure 41, the Parties have stipulated to the dismissal of all claims and counterclaims in the above-styled action, with prejudice to refiling those claims. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED WITH PREJUDICE, each party to pay their own fees and costs. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: September 8, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE